UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER MISKELLY, | CASE NO. C09-1529-MJP |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| SUPERIOR COURT OF WASHINGTON FOR SNOHOMISH COUNTY, et al., | |
| Defendants. | |

Plaintiff Christopher Miskelly filed a motion to proceed *in forma pauperis* (IFP) and a proposed 42 U.S.C. § 1983 complaint. (Dkt. 1.) However, he failed to submit the proper IFP form and a certified copy of his prison trust account statement showing transactions for the past six months.

The Clerk sent plaintiff a letter dated October 28, 2009 outlining the deficiencies in his IFP application. (Dkt. 3.) The Clerk advised plaintiff that failure to correct the deficiencies on or before November 30, 2009 could result in dismissal of his case. To date, plaintiff has neither supplemented his application to proceed IFP, nor paid the filing fee. Accordingly, the Court finds dismissal of this case without prejudice appropriate.

In sum, the Court recommends that plaintiff's application to proceed IFP be denied and

REPORT AND RECOMMENDATION
PAGE -1

01 this matter dismissed without prejudice. A proposed Order is attached to this Report and
02 Recommendation.
03     DATED this 15th day of December, 2009.

                                        Mary Alice Theiler
                                        United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2