UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER MISKELLY,  )  CASE NO. C09-1529-MJP
                                       )
    Plaintiff,            )
                                       )
    v.                    )  ORDER DISMISSING § 1983 ACTION
                                       )
SUPERIOR COURT OF WASHINGTON )
FOR SNOHOMISH COUNTY, et al.,          )
                                       )
    Defendants.           )
_____)

Having reviewed the Report and Recommendation (Dkt. No. 4) of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, and noting the absence of any objection, the Court hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this action are DISMISSED without prejudice;

(3) Plaintiff's application for leave to proceed in forma pauperis is DENIED; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 12th day of January, 2010.

                                                Marsha J. Pechman
                                                United States District Judge